THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARVEY GARVIN, Appellant.— Beldock, P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.

ESTHER VOTOS, as Administratrix of the Estate of ANTHONY VOTOS, Deceased, Appellant, v. VICTOR PETROCELLI et al., Respondents.— Christ, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.

(November 30, 1967)

ADELIN CONWAY, Appellant, v. HARRY CONWAY, Respondent.— Christ, Acting P. J., Brennan, Rabin, Hopkins and Munder, JJ., concur.